[Cite as *Shaheed v. Fifth Third Mtge. Co.*, 2013-Ohio-2705.]

# Court of Appeals of Ohio

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

---

### JOURNAL ENTRY AND OPINION
### No. 99339

---

# LAUREN SUHAYLAH SHAHEED, ET AL.

### DEFENDANTS-APPELLANTS

### vs.

# FIFTH THIRD MORTGAGE COMPANY

### PLAINTIFF-APPELLEE

---

### JUDGMENT:
### DISMISSED

---

Civil Appeal from the
Cuyahoga County Court of Common Pleas
Case No. CV-736939

**BEFORE:**     Blackmon, J., Rocco, P.J., and E.T. Gallagher, J.

**RELEASED AND JOURNALIZED:**     June 27, 2013

-i-

**ATTORNEYS FOR APPELLANTS**

Gary Cook
Michael Aten
Westgate Towers, Suite 501
20525 Center Ridge Road
Rocky River, Ohio 44116


**ATTORNEYS OR APPELLEE**

Kriss D. Felty
David M. Gauntner
Felty & Lembright Company, L.P.A.
1500 West Third Street, Suite 400
Cleveland, Ohio 44113

PATRICIA ANN BLACKMON, J.:

**{¶1}** Sua Sponte, we dismiss the appeal for lack of a final, appealable order. Appellant Lauren S. Shaheed appeals from the alleged denial of her Civ.R. 60(B) motion for relief from a default judgment for a decree of foreclosure issued in favor of plaintiff-appellee Fifth Third Mortgage Company. However, pursuant to Civ.R. 58(A), it does not appear in the record that there was ever a judgment entry journalizing a denial of said motion. Thus, there is no final, appealable order until the judgment entry has been filed journalizing the decision Shaheed purports to appeal. *See* App.R. 4(A) and (C); *see generally Cleveland v. Trzebuckowski*, 85 Ohio St.3d 524,1999-Ohio-285,709 N.E.2d 1148; *Columbus v. Triplett*, 10th Dist. No. 99AP-368, 1999 Ohio App. LEXIS 5983 (Dec. 14, 1999).

**{¶2}** This cause is dismissed.

It is ordered that appellee recover from appellants costs herein taxed.

A certified copy of this entry shall constitute the mandate pursuant to Rule 27 of the Rules of Appellate Procedure.

___

PATRICIA ANN BLACKMON, JUDGE

KENNETH A. ROCCO, P.J., and
EILEEN T. GALLAGHER, J., CONCUR
KEY WORDS:
Case No. 99339